# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, ) | DIVISION ONE |
| ) | |
| Respondent, ) | No. 71710-3-I |
| ) | |
| v. ) | |
| ) | |
| PABLO DELACRUZ-PEREZ, ) | UNPUBLISHED OPINION |
| ) | |
| Appellant. ) | FILED: MAY 1 8 2015 |
| ) | |

PER CURIAM — Pablo Delacruz-Perez appeals his conviction for second degree assault. He argues that the court erred in failing to enter written CrR 3.5 findings and conclusions and that we must remand for their entry. The trial court belatedly entered the findings and conclusions, however, and Delacruz-Perez has not alleged any prejudice from their delayed entry. Accordingly, he fails to demonstrate grounds for relief. State v. Gaddy, 114 Wn.App. 702, 705, 60 P.3d 116 (2002), aff'd, 152 Wn.2d 64, 93 P.3d 872 (2004).

Affirmed.

FOR THE COURT:

2015 MAY 18 AM 9:27
COURT OF APPEALS DIV I
STATE OF WASHINGTON